UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIOR CAPOTE MAZANO,

    Plaintiff,

v.                                              Case No. 8:20-cv-294-AEP

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court upon Plaintiff's Unopposed Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b) (Doc. 30). On February 11, 2021, this Court entered an Order reversing and remanding the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) (Doc. 26). Upon remand, the Commissioner issued a favorable decision for Plaintiff resulting in an award of disability benefits (*see* Docs. 30, at 3; 30-2). As a result of the favorable decision, Plaintiff's counsel now seeks payment of fees in the amount of $13,931.75 pursuant to 42 U.S.C. § 406(b). The Commissioner does not oppose the requested relief.

    Under 42 U.S.C. § 406(b), when a court renders a judgment favorable to a Social Security claimant who was represented before the court by counsel, the court may allow a reasonable fee for such representation, not to exceed twenty-five percent of the total past-due benefits to which the claimant is entitled. 42 U.S.C. §

406(b)(1)(A). A plaintiff's counsel may recover attorney's fees under both 42 U.S.C. § 406(b) and the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002). The plaintiff's attorney must, however, refund to the plaintiff the amount of the smaller fee. *Id.* The Court previously awarded Plaintiff's fees in the amount of $3,227.36. pursuant to the EAJA, 28 U.S.C. § 2412 (Doc. 29).

After the disability finding, the Social Security Administration withheld a total of $13,931.75 from Plaintiff's past-due benefits for possible payment of attorney's fees in federal court (Docs. 30-2, at 3). Upon review of the fee agreement (Doc. 30-1) and the itemization of services rendered by counsel (Doc. 30-3), the Court determines that an award of fees in the amount of $9,075.50 is reasonable and appropriate. Plaintiff's counsel has indicated that he is aware of his obligation to reduce the $13,931.75 sum by the amount of the previous EAJA award of $3,227.36 (Doc. 30, at 3). Accordingly, it is hereby

ORDERED:

1. Plaintiff's request for an award of attorney's fees under 42 U.S.C. § 406(b) (Doc. 30) is GRANTED.

2. Plaintiff's counsel is awarded fees in the amount of $13,931.75 pursuant to 42 U.S.C. § 406(b).

DONE AND ORDERED in Tampa, Florida, on this 27th day of February, 2023.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record